IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARIBBEAN PETROLEUM LP, et al. | ) ) ) | Chapter 11<br>Bankruptcy Case No. 01-11657<br>Bk. Adv. 03-60024 |
| Debtors, | ) ) ) | (Jointly Administered) |
| HERNAN SERRANO, et al. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. No. 04-442-SLR |
| GULF CHEMICAL CORPORATION, LTD., | ) ) ) ) | |
| Defendant. | ) | |

O R D E R

At Wilmington this 31st day of March, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss (Bk. Adv. 03-60024, D.I. 4) is denied.

                                                        _____
                                                        United States District Judge