IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re CARIBBEAN PETROLEUM LP., *et al.*[1] | Bankruptcy Case No. 01-11657 (PJW) |

| | |
|---|---|
| Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned Debtors, Caribbean Petroleum, *et al.*, <br><br>           Plaintiff,<br>    v.<br><br>Universal Chemical Corporation <br> Solares & Co., Inc. <br> Popular Auto Inc. <br> Canada Life Assurance Company <br> Wackenhut PR Inc. <br> LL Mechanical Contractors & Electronic, Inc <br> Camioneros Cooperative <br> A.I. Credit Corp.; Imperial A.I. Credit Companies <br> Ponce Maintenance <br> McConnell Valdes <br> Centennial PR <br> Texaco Industries, Inc. <br> American Express <br> First International Oil LTD <br> Industrial Hydrovac Services, Inc. <br> Gulf Chemical Corp. <br><br>           Defendants. | <br><br><br><br><br><br><br><br>Civil Action No. 04-427 SLR <br> Civil Action No. 04-428 SLR <br> Civil Action No. 04-429 SLR <br> Civil Action No. 04-430 SLR <br> Civil Action No. 04-431 SLR <br> Civil Action No. 04-432 SLR <br> Civil Action No. 04-433 SLR <br> Civil Action No. 04-434 SLR <br> Civil Action No. 04-435 SLR <br> Civil Action No. 04-436 SLR <br> Civil Action No. 04-437 SLR <br> Civil Action No. 04-438 SLR <br> Civil Action No. 04-439 SLR <br> Civil Action No. 04-440 SLR <br> Civil Action No. 04-441 SLR <br> Civil Action No. 04-442 SLR |

**NOTICE OF AGENDA OF MATTERS SET FOR
STATUS CONFERENCE ON  MAY 13, 2005 AT 8:30 A.M.**

PLEASE TAKE NOTICE that Hernan Serrano, Trustee of the Caribbean

Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors,

Caribbean Petroleum, *et al.*, as authorized representative in the above-captioned cases, hereby

---

[1] The debtors are the following entities:  Caribbean Petroleum, LP; Caribbean Oil LP; Caribbean Petroleum Refining LP; Gulf Petroleum (Puerto Rico) Corporation and Caribbean Petroleum Corporation.

1

submits the attached status report with respect to the matters set for status conference on May 13, 2005. (See <u>Exhibit A</u> attached hereto).

Dated: May 6, 2005   PACHULSKI, STANG, ZIEHL, YOUNG, JONES
            & WEINTRAUB P.C.

            /s/ (signature)
            Laura Davis Jones (Bar No. 2436)
            Bruce Grohsgal (Bar No. 3583)
            919 North Market Street, 16th Floor
            P.O. Box 8705
            Wilmington, DE  19899-8705 (Courier 19801)
            Telephone:  (302) 652-4100
            Facsimile:   (302) 652-4400

            Counsel to the Plaintiff, Hernan Serrano, Trustee of the
            Caribbean Petroleum Creditors' Trust