## CERTIFICATE OF SERVICE

      I, Charles J. Brown, III, hereby certify that on 19, 2005, service of the foregoing ***Answer To Complaint For Breach of Contract And Collection*** was made upon the parties below by via First Class U.S. Mail:

Bruce Grohsgal, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

      Under penalty of perjury, I declare that the foregoing is true and correct.

<u>May 19, 2005</u>                                                  */s/ Charles J. Brown, III*
Date                                                            Charles J. Brown, III (I.D. No. 3368)