FOR THE DISTRICT OF DELAWARE

In re CARIBBEAN PETROLEUM LP, *et al.*

| | |
|---|---|
| Hernan Serrano, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative,<br>　　　　　Plaintiff,<br>v.<br><br>Gulf Chemical Corp.<br>　　　　　Defendant. | Civil Action No. 04-442 SLR<br><br>Bankruptcy Case No. 01-11657 (PJW) |

## CERTIFICATION OF COUNSEL REGARDING SCHEDULING ORDER

　　　　1.　　At the May 13, 2005 status conference in this civil action, the Court directed counsel to file a proposed scheduling order.

　　　　2.　　The proposed scheduling order, acceptable to both counsel, is attached as Exhibit 1 to this Certification. Counsel respectfully request that the Court enter the scheduling order at its earliest convenience.

DOCS_DE:106839.2

3.  Counsel are available should the Court have any questions regarding the foregoing.

| | |
|---|---|
| Dated: June 17, 2005 | PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.<br><br>/s/ signature<br>_____<br>Laura Davis Jones (Bar No. 2436)<br>Bruce Grohsgal (Bar No. 3583)<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Counsel to the Plaintiff, Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust |