IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re CARIBBEAN PETROLEUM LP, *et al.*

| | |
|---|---|
| Hernan Serrano, Trustee Of The Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors, Caribbean Petroleum, *et al.*, as authorized representative,<br>　　　　　　Plaintiff,<br>v.<br><br>Gulf Chemical Corp.<br>　　　　　　Defendant. | Civil Action No. 04-442 SLR<br><br>Bankruptcy Case No. 01-11657 (PJW)<br><br>**[Related to Docket No. 11]** |

State of Delaware　　　　　)
　　　　　　　　　　　　　) ss:
County of New Castle　　　 )

### AFFIDAVIT OF SERVICE

　　　Marlene Chappe, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., and that on the 12th of July 2005, she caused a copy of the *Order*, scheduling the above-captioned matter for a teleconference before Magistrate Judge Mary Pat Thynge, to be held on Wednesday, August 24, 2005 at 9:30 a.m., for the purpose of exploring alternative dispute resolutions, to be served upon the parties listed on the attached service list in the manner indicated herein.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Marlene Chappe

Sworn to and subscribed before
me this 12th day of July 2005

_____
Notary Public
My Commission Expires: __11/4/05__

MARY E. CORCORAN
STATE OF DELAWARE
NOTARY PUBLIC
My Commission Expires Nov. 4, 2005

**Caribbean Petroleum v. Gulf Chemical Corp.**
Document No. 109853
01 – First Class Mail

**First Class Mail**
(Counsel for Gulf Chemical Corp.)
Stephen Gordon, Esquire
Gordon Haley LLP
101 Federal Street, Suite 17
Boston, MA  02110