## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 01-11657 (PJW) |
| | : | |
| CARIBBEAN PETROLEUM LP, et al., | : | Chapter 11 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| _____ | : | |
| | : | |
| HERNAN SERRANO, TRUSTEE OF THE | : | |
| CARIBBEAN PETROLEUM CREDITORS' | : | |
| TRUST, AND ON BEHALF OF THE | : | |
| ESTATES OF THE ABOVE-CAPTIONED | : | |
| DEBTORS, CARIBBEAN PETROLEUM, | : | |
| ET AL., AS AUTHORIZED | : | |
| REPRESENTATIVE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-442-SLR |
| | : | |
| GULF CHEMICAL CORP., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **26th** day of **August, 2005**.

IT IS ORDERED that the teleconference originally scheduled for Wednesday, August 24, 2005 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Thursday, September 29, 2005 at 9:00 a.m.  Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel

of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE