IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 01-11657 (PJW) |
| | : | |
| CARIBBEAN PETROLEUM LP, et al., | : | Chapter 11 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| _____ | : | |
| | : | |
| HERNAN SERRANO, TRUSTEE OF THE | : | |
| CARIBBEAN PETROLEUM CREDITORS' | : | |
| TRUST, AND ON BEHALF OF THE | : | |
| ESTATES OF THE ABOVE-CAPTIONED | : | |
| DEBTORS, CARIBBEAN PETROLEUM, | : | |
| ET AL., AS AUTHORIZED | : | |
| REPRESENTATIVE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-442-SLR |
| | : | |
| GULF CHEMICAL CORP., | : | |
| | : | |
| Defendant. | : | |

<b><u>ORDER</u></b>

At Wilmington this **7th** day of **February, 2006**,

IT IS ORDERED that the teleconference scheduled for Friday, February 10, 2006 at 4:00 p.m. and the mediation conference scheduled for Wednesday, February 15, 2006 beginning at 2:00 p.m. are canceled

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge<br>UNITED STATES MAGISTRATE JUDGE