IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| CARIBBEAN PETROLEUM LP, ) | |
| et al., ) | BK. Nos. 01-11657-PJW |
| ) | through 01-11661-PJW |
| Debtors. ) | |
| HERNAN SERRANO, Trustee of ) | |
| the Caribbean Petroleum ) | |
| Creditors' Trust, and on ) | |
| behalf of the estates of the ) | |
| above captioned debtors, ) | |
| Caribbean Petroleum, et al., ) | |
| as authorized representative, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-442-SLR |
| ) | |
| GULF CHEMICAL CORP., ) | |
| ) | |
| Defendant. ) | |

## ORDER

At Wilmington this 28th day of September 2007, having reviewed the record and there having been no activity in the above referenced bankruptcy adversary proceeding since February 7, 2006, and the court having been informed by plaintiff's counsel that the parties are not interested in pursuing this litigation further;

IT IS ORDERED that said case is dismissed.[1]

_____
United States District Judge

---

[1] The court will entertain motions to reopen for good cause if such motions are filed within 30 days of this order.